AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DOUGLAS ANGUS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 620-108

TIMOTHY C. WARD, Commissioner, D.O.C.;
DEPUTY WARDEN IRWIN; WARDEN BOBBIT;
J-PAY, SECIKUS TECHNOLOGIES; and GEORGIA
STATE LEGISLATURE,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of February 5, 2021, Plaintiff's complaint is

DISMISSED for failure to state a claim upon which relief can be granted, Plaintiff's motion

for a temporary restraining order is DENIED, and this civil action stands CLOSE.

| | |
|---|---|
| 02/05/2021 | John E. Triplett, Acting Clerk |
| Date | Clerk |
| | *Tara H. Burton* |
| | (By) Deputy Clerk |

GAS Rev 10/2020